IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CAMILLE M.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:17-CV-2883-L** |
| § | |
| **CAROLYN W. COLVIN, Commissioner** § | |
| **of the Social Security Administration**, § | |
| § | |
| Defendant. § | |

## ORDER

On January 28, 2019, United States Magistrate Judge David L. Horan entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") in this social security appeal, recommending that the court reverse and remand this action to the Commissioner of Social Security ("Commissioner") for further proceedings consistent with his Report. No objections to the Report were filed.

Having reviewed the pleadings, file, record, applicable law, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the Commissioner's decision is **reversed**, and this case is **remanded** for further proceedings consistent with the findings and conclusions set forth in the Report.

**It is so ordered** this 15th day of February, 2019.

*[signature: Sam A. Lindsay]*
Sam A. Lindsay
United States District Judge